AO 442 (Rev. 11/11) Arrest Warrant

11229404

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
### Kenneth Grayson

_____
Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00163
Assigned to: Judge Faruqui, Zia M
Assign Date: 1/25/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Kenneth Grayson _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Knowingly Entering or Remaining in any Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly Conduct Which Impedes the Conduct of Government Business
40 U.S.C. § 5104(e)(2)(D)- Disruptive Conduct in the Capitol Buildings
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in the Capitol Buildings
18 U.S.C. § 1512(c)(2)- Obstructing or Impeding Any Official Proceeding

2021.01.25
22:01:18 -05'00'

Date:    01/25/2021    _____
                        *Issuing officer's signature*

City and state:    Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 01/25/21 , and the person was arrested on *(date)* 01/26/21
at *(city and state)* Bridgeville, PA .

Date: 01/27/21 _____    _____
                                  *Arresting officer's signature*

                                  SA  Sarah Snyder
                                  *Printed name and title*