UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff,** | : | |
| v. | : | Crim. No. 21-224 (TSC) |
| **KENNETH GRAYSON** | : | |
| **Defendant.** | : | |

### UNOPPOSED MOTION FOR TRAVEL

Defendant, Ken Grayson, through undersigned counsel, respectfully moves the Court for permission to travel to St. Petersburg, Florida, from July, 18, 2021, until August 6, 2021. As grounds for the request, Mr. Grayson's states the following:

1. Mr. Grayson's next hearing in this matter is August 11, 2021.

2. Mr. Grayson's conditions of release require him to seek permission from the Court to travel outside of the Western District of Pennsylvania.

3. Mr. Grayson now requests permission to travel to St. Petersburg, Florida, from July 18, 2021, until August 6, 2021, so that Mr. Grayson and his parents (who will be travelling with Mr. Grayson) can visit his sister and her family.

4. The Government, per Assistant United States Frances Blake, does not oppose this motion.

Wherefore, undersigned counsel respectfully requests that the Court permit Mr. Grayson to travel to St. Petersburg, Florida, from July 18, 2021, until August 6, 2021.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500