UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. No. 21-224 (TSC) |
| KENNETH GRAYSON, | : |
| Defendant. | : |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Permission to Travel, it is this 16th day of July, 2021, hereby

**ORDERED** that the Defendant may travel to St. Petersburg, Florida, to visit his sister, from July 18, 2021, to August 6, 2021.

*Tanya S. Chutkan*

TANYA S. CHUTKAN
UNITED STATES DISTRICT COURT JUDGE