# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Crim. No. 21-224 (TSC)** |
| **KENNETH GRAYSON** | : | |
| **Defendant.** | : | |

## <u>UNOPPOSED MOTION TO ATTEND FUNERAL</u>

Defendant, Kenneth Grayson, through undersigned counsel, respectfully moves the Court for permission to travel to Sewickley, Pennsylvania, from 10:00 a.m. until 4:00 p.m. on September 11, 2021. As grounds for the request, Mr. Grayson's states the following:

1. Mr. Grayson's next hearing in this matter is October 20, 2021.

2. Mr. Grayson's conditions of release require him to remain in his home "at all times, except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court ordered obligations; or other activities approved in advance by the pre-trial services office or supervising officer."

3. Mr. Grayson now requests permission to travel to Sewickley, Pennsylvania, from 10:00 a.m. until 4:00 p.m., September 11, 2021, to attend the funeral service for Phil Perciavalle, the father of a very close family friend.

4. The Government, per Assistant United States Frances Blake, does not oppose this motion.

Wherefore, undersigned counsel respectfully requests that the Court permit Mr. Grayson to travel to Sewickley Pennsylvania, from 10:00 a.m. until 4:00 p.m., on September 11, 2021.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500