# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No.: 1:21-CR-224-TSC |
| **KENNETH GRAYSON,** : | |
| **Defendant.** : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Maria Y. Fedor. AUSA Maria Y. Fedor will be substituting for AUSA Frances E. Blake.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/ *Maria Y. Fedor*
MARIA Y. FEDOR
D.C. Bar No. 985823
Attorney, detailed to
United States Attorney's Office
for the District of Columbia
Maria.Fedor@usdoj.gov

1

## CERTIFICATE OF SERVICE

On this 30th day of September 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                By:    /s/ *Maria Y. Fedor*
                        MARIA Y. FEDOR
                        D.C. Bar No. 985823
                        Attorney, detailed to
                        United States Attorney's Office
                        for the District of Columbia
                        Maria.Fedor@usdoj.gov