UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-00224-TSC |
| v. : | |
| : | |
| KENNETH GRAYSON, : | |
| : | |
| Defendant. : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY**
**FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

On October 18, 2021, the United States conferred with counsel for the defendant regarding this motion and counsel does not object to the proposed order.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                        Respectfully submitted,

                        CHANNING PHILLIPS
                        Acting United States Attorney
                        D.C. Bar No. 415793

By:          /s/   *Maria Y. Fedor*
                        MARIA Y. FEDOR
                        Attorney, detailed to the
                        United States Attorney's Office for the
                        District of Columbia
                        D.C. Bar No. 985823
                        555 Fourth Street, N.W.
                        Washington, DC 20530
                        Maria.Fedor@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 18th day of October 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By: /s/ *Maria Y. Fedor*
MARIA Y. FEDOR
D.C. Bar No. 985823
Attorney, detailed to
United States Attorney's Office
for the District of Columbia
Maria.Fedor@usdoj.gov