IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>v.    )<br> )<br>KENNETH GRAYSON       )<br>            Defendant.  )<br>_____ ) | Case No.   21-CR-224 (TSC) |

## UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Defendant, Kenneth Grayson, through undersigned counsel, respectfully requests that the March 14, 2022, Status Hearing in this case be continued until a date after April 4, 2022. In support of this request, the Defendant states:

1. The Defendant's next Status Hearing is presently scheduled for March 14, 2022. In light of newly discovered evidence, the parties are still discussing a potential resolution of this matter and need additional time to complete those discussions. The Defendant therefore requests that the Court continue the March 14, 2022, Status Hearing until a date after April 4, 2022.

2. The Government, per Assistant United States Attorney Maria Fedor, does not oppose this request.

3. The Defendant further requests, based on the reasons stated above, that the time period from March 14, 2022, until the next scheduled hearing in this matter be excluded under the Speedy Trial Act.

4. In the event the Court grants this Motion, the parties will contact the Court's courtroom deputy to schedule the next hearing in this case.

          Respectfully submitted,
          A.J. Kramer
          Federal Public Defender

/s/
_____
David W. Bos
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500, ext. 118