UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Case No. : 21-CR-224 (TSC) |
| KENNETH GRAYSON, | : | |
| Defendant. | : | |

**NOTICE OF CHANGE IN COUNSEL**
**FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Edward Smock has assumed responsibility for the defense of Kenneth Grayson in the above-captioned case. Mr. Grayson's case had previously been assigned to Assistant Federal Public Defender David Bos.

Respectfully submitted,

_/s/_____
EDWARD SMOCK
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500