IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.   21-CR-224 (TSC) |
| | ) | |
| KENNETH GRAYSON | ) | |
|                Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING**

Defendant Kenneth Grayson, through undersigned counsel, respectfully requests that the July 19, 2022 Status Hearing in this case be continued for approximately 60 days. In support of this request, the Defendant states:

1. The undersigned was assigned to take over representation of Mr. Grayson following the retirement of his former counsel. Counsel will be out of the country at the time of the previously-scheduled status call. In addition, counsel needs time to review discovery, discuss the case with Mr. Grayson, and perform related legal research. Further, today the government sent a plea agreement for consideration by Mr. Grayson and the parties are engaged in discussions about the terms of that proposed plea agreement. The Defendant therefore requests that the Court continue the July 19, 2022, Status Hearing for approximately 60 days.

2. The Government, per Department of Justice Attorney Detailee Maria Fedor, does not oppose this request.

3. The Defendant further requests, based on the reasons stated above, that the time period from July 19, 2022, until the next scheduled hearing in this matter be excluded under the Speedy Trial Act.

4. In the event the Court grants this Motion, the parties will contact the Court's courtroom deputy to schedule the next hearing in this case.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

/s/
_____
Ned Smock
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500