## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-00224 (TSC)** |
| **v.** | : | |
| | : | |
| **KENNETH GRAYSON,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S NOTICE OF FILING OF VIDEO
### PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following video was provided to the Court and defense counsel on December 12, 2022, via USAfx, relating to the sentencing hearing scheduled for December 19, 2022.  As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

Exhibit 1 is a video documenting Grayson on the West side of the Capitol.

Exhibit 2 is a video Grayson Livestreamed from inside of the Capitol.

Exhibit 3 is a video of Grayson joining a crowd pushing against a line of officers.

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibit should be released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:      /s/  *Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, detailed to the
United States Attorney's Office for the

District of Columbia
D.C. Bar No. 985823
601 D Street, N.W.
Washington, DC 20530
Maria.Fedor@usdoj.gov