# EXHIBIT 2

November 13, 2022


The Honorable Tanya S. Chutkan
Chief United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave NW, Suite 550
Washington, DC 20004


Dear Judge Chutkan,

My name is Janice E. Grayson and I am the proud mother of Kenneth D. Grayson Jr. He is my first born and I could not love him more. My husband is a retired police officer and Kenny was raised with the utmost respect for the law, law enforcement and our country.

We have always been very close with Kenny and even more so in these latter years. My husband and I have found ourselves in increasingly failing health over the past few years.  My husband has extensive heart and kidney issues, and I am 100% oxygen dependent.  Because of the severity of our ailments, we are unable to do many ordinary things and came to depend on Kenny to do the shopping, take us to our doctors and appointments, and to do general repair and maintenance on our house. The past months have been very hard on our family, as our daughter lives in Florida and is unable to be here very often and our granddaughter is a fulltime honors student who works parttime and is doing an internship.  We are limited to the few Sunday hours that the court has allotted for us to visit with Kenny and receive his help. Kenny was very upset to have missed our 56th wedding anniversary, as we understand every holiday could be the last that we are all together.

My son is a wonderful father.  He is very close with our granddaughter, Gabriella.  We are all so proud of her.  She has always been a scholar and an athlete.  Now she will soon graduate near the top of her class with a psychology major and double minor. Kenny has been there for her emotionally and financially every step of the way. He attended and/or coached her tennis matches and softball games. He was also involved in all her church and school activities. His months and months of house arrest have prevented him from attending many important functions with Gabby, including when she was presented with the award for Artist of the Year at her university. Kenny is also well loved by his many cousins and has also missed many extended family functions as well, including weddings and graduations.

Kenny is anxiously awaited by his employers as they require his expertise to move forward with the vision of their company.

I hope that you will join me in the belief that Kenny has paid his debt to society, as we have all had to endure his 22 months of house arrest.


Respectfully yours,


Janice E. Grayson
JEG/dmg

November 13, 2022

The Honorable Tanya S. Chutkan
Chief United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave NW, Suite 550
Washington, DC 20004

Dear Judge Chutkan,

My name is Kenneth D. Grayson Sr.   Kenneth D. Grayson Jr. is my son and namesake.  He has always been well liked, respectable, thoughtful, and a team player in sports and in life. I am very proud to be his father.

Over the past few years, my wife and I have become increasingly dependent on Kenny to help us, as we are both in bad health. I have several heart issues, trouble walking and I also suffer from kidney failure. My wife is in stage four COPD, is oxygen dependent and has terrible psoriatic arthritis.

In short, we need him.  We need him desperately. We require his help in so many ways. From the basic to the difficult, we need him for many daily tasks. His house arrest has made all our lives extremely difficult as we have had to find outside help for the tasks that Kenny is unable to complete since his time with us is limited to Sundays and only for a few hours. We have both physically declined in the past 22 months, and it is important now, perhaps more than ever, that Kenny be able to get back to a normal schedule as we need him more than ever.

I am a retired police officer, and I raised my son to be a good man.  He was raised to have absolute respect for the law and would have never ordinarily engaged in any type of behavior like that day. He didn't engage in any destruction or violence.  He simply walked around.  He now understands the magnitude of the behavior of the collective thousands that day and is repentant.

I respectfully submit that his time served under house arrest is a punishment befitting his crime. My hope is that you agree.


Respectfully yours,


Kenneth D. Grayson Sr.
KDG/dmg

November 13, 2022


The Honorable Tanya S. Chutkan
Chief United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave NW, Suite 550
Washington, DC 20004


Dear Judge Chutkan,

My name is Dawn Grayson.  Kenneth D. Grayson Jr. is my brother.

I write to you today to detail what our family's lives have been like since the events of January 6, 2021 and my brother's subsequent arrest.

I live in St. Petersburg, Florida.  I moved here 4 years ago to broaden my career in non-profit.  When I left Pittsburgh, my parents were in relatively good health and my brother was there to take care of them and to handle any situation that came up, so I was very comfortable with leaving.

Since then, my parents' health began to fail. Kenny adjusted his schedule as needed and with help from my niece, they were okay and well cared for, physically and financially, until January 6th and Kenny's arrest. After that day, it's not an exaggeration to say that our family has been thrown into utter chaos.

Kenny is now unable to care physically for my parents at will and is limited as to his ability to provide financial assistance, since the loss of his very lucrative job.  With my parents' health and mental wellbeing seeming to deteriorate by the day, it is unfortunately impossible for Kenny to help them as he wants and should be able to.

I am obviously limited to what I can do via the phone or video chat or the very rare occasion that I can take a trip home.  You see, after Kenny's troubles began, I lost my lucrative job that I moved here for, and I have been forced into fulltime contract work with no paid benefits and a parttime job that I work in the evenings. I believe, but cannot prove, that my own job was eliminated due to my brother's involvement in events of January 6th and my own political beliefs.

My niece has also suffered immensely because of the aftermath of Kenny's arrest. He has been forced to miss so many achievements and milestones.  Gabby stays silent about the hurt that all of this has caused her but Judge Chutkan, she is a wonderful kid.  I think she's endured enough.

I think we have ALL endured enough, enough loss, enough anger and enough hurt.  My brother is aware of the magnitude of his actions that day and I feel that any additional punishment will only serve to further hurt our entire family, not just Kenny. Twenty-two months of house arrest is a long sentence by any measure.  Please let us all have our lives back.

Respectfully yours,


Dawn M. Grayson

20 Younger Avenue
Pittsburgh, PA  15216
November 12, 2022

The Honorable Tanya S. Chutkan
Chief United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Avenue NW, Suite 550
Washington, DC  20004

Dear Judge Chutkan,

When Kenneth Grayson asked me to write a reference letter for him, I wondered if what I could say would be of value and hold merit in a court of law. I hope you will find my letter helpful. I am a former Pittsburgh City School teacher and have been retired for eleven years. I am a practicing Catholic, an artist, a gardener, a mother of two adult children, and a grandmother of two beautiful granddaughters. I have known Kenny for 25 years, nearly half of his life.

I was first introduced to Kenny in the Fall of 1997 when he and my 20 year old daughter, Suzannah (Swee), met and fell In love.  He was managing his family's commercial cleaning business, and she was working and considering going back to school.  An eight year age difference didn't deter them from establishing a home together in Wexford and within a year giving birth to Gabriella Grayson who was born on Nov. 10, 1999.

Things were ideal during Gabby's first year. She had two devoted parents as well as Kenny's parents who lived nearby and willingly volunteered for most of the grandparent duties as I was still involved in a teaching career. Both Kenny and Swee continued to manage the family business, but I distinctly remember the day Swee told me that she was tired of cleaning offices at night, planned to go back to school, and had registered for classes at Community College of Allegheny County, North Campus. Although Kenny initially supported her decision, their paths began to diverge which put undo pressure on their relatively young relationship. Impulsive and immature, and not willing or able to resolve their growing differences, they decided to separate.  Shortly before Gabby's second birthday, Swee brought Gabby back to our home in Pittsburgh where they lived with her brother Brendan and me for the next ten years as Swee continued to pursue a degree in education from the Indiana University of Pennsylvania and eventually secured a teaching job in the City of Pittsburgh.

It is hard to describe Kenny as a son and father outside of the context of his nuclear family which includes his parents, Jan and Ken and a younger sister, Dawn. They are a close and devoted family. Communicative and joyful, hard-working and productive, argumentative and intelligent, gregarious and generous with their time, talents, and resources, the Graysons are a blend of authenticity and resourcefulness.  In fact, I believe, that when Swee fell in love with Kenny she simultaneously fell in love with his family. In them she found a warm welcome, an intact nuclear family, plenty of joy, and unconditional acceptance and love.

 Kenny clearly brings all of his family's characteristics to his roles as farther and son.  He has been a remarkable father to Gabby even though they have had their fair share of disagreements, misunderstandings, and separations.  The bottom line is that she always knew he was there for her if and when she needed him.  During her senior year in high school when she thought my daughter's

rules were too strict, Kenny welcomed Gabby into his home, bought her a used car to get back and forth to school, and gave her enough freedom to make many of her own decisions as well as a few mistakes. The result was that she graduated with her class, had a solid final GPA, and was accepted into Carlow University's Art Therapy program from which she will graduate in December, 2022, with plans for attending graduate school.

Also, I cannot remember Kenny ever missing a birthday or holiday celebration or a religious ceremony. He was always there. When Gabby was eight, he texted Swee early on Christmas morning, suggesting she check in the front seat of her car for Gabby's gift. There in a small cloth lined box was a little 'bug', a part Pug/Boston Terrier puppy that became Gabby's companion and responsibility for the next 13 years. Kenny had never asked our permission because he knew we would have come up with plenty of objections. BeeBee, of course, became the family dog we all loved because of Kenny's thoughtfulness and generosity. Years later, when BeeBee was blind, deaf, and hardly able to walk, and Swee and Gabby had decided to have her put to sleep, Kenny intervened. He volunteered to take care of her at his house where he put her on a strict schedule and prolonged her life for several months.

As a son, Kenny is just as devoted to his parents as they always were to him. Growing up, they never missed a single one of his games throughout an athletic career that spanned his middle, high school, and college years. In turn, he never misses a family gathering or holiday celebration. Today, because both parents have serious medical conditions, his greatest concern is their future care and well-being. At this time, Gabby visits them regularly to help with a variety of household tasks.

As far as Kenny's employment history is concerned, I never remember a time when he didn't have a job or experienced a problem finding one. He grew up with a solid work ethic, gets along well with all kinds of people, and knows how to get the job done. For at least the last 10 years, he has worked in the gas and oil industry.

Yes, I can address what I believe led Kenny to participate in the Jan 6th event at the Capitol. From the first time I met the Graysons, political discussion was always part of the conversation. Informed and concerned, Kenny was propelled by a sense of patriotic zeal to be part of a demonstration that grew into something much larger than he could have imagined. I don't think he had intentions of harming anyone that day. Trained as an athlete and a boxer, he assuredly knows how to aggressively pursue an opponent, but he also knows how to wait and carefully observe his opponent's moves. It seems that on Jan 6th he was prudent enough to wait, observe, and record what was going on around him.

I know that Kenny deeply regrets the impact his involvement in the Jan6th event has had on his family. His sister Dawn lost an excellent well-paying job in Florida because of his arrest, and both of his parent's already compromised health conditions have most certainly been impacted. Gabby experienced an initial period of confusion, embarrassment, and conflicting emotions. For Swee, Brendan, and myself, our concern is for Kenny's future well- being and his physical, emotional, and psychological health.

From what Swee and Gabby have shared with me, Kenny has been very conscientious about observing the restrictions placed upon him. He is where he is supposed to be when he is expected to be there. Whether it's taking his mom on an early morning fishing trip as a birthday gift or attending Gabby's Arts Award ceremony at Carlow University, he has continued to attend family gatherings and events while abiding with his restrictions.

Yes, I do believe Kenny Grayson can be trusted to live a law- abiding life upon his release. He will always

have a political voice, but the Jan6th experience taught him that political zeal needs to be carefully tempered with knowledge, understanding, prudence, and a genuinely deep concern for family and neighbor, as well as country.

As for Kenny's accomplishments, as a former athlete, he has maintained an avid interest in physical fitness, healthy dietary habits, and the sporting world at large.  For years he also had a fascinating array of pets from pit bulls to iguanas and carefully cared for them all.  But his real accomplishment is his family. He has maintained close and positive relationships with his parents, Dawn, and the extended Grayson family.  He has also been a wonderful father to Gabby who has grown into a lovely, talented, motivated, kind, and thoughtful young lady.  For her successful growth and development, Kenny deserves some credit. After all, he was there for her when she needed him most.

From a personal standpoint, Kenny has been nothing less than respectful to me throughout the years. Our conversations and encounters have always been positive, friendly, and informative.  He and Swee have also maintained a positive and fair working relationship in their co-parenting of Gabby.

Thank you for this opportunity to share my thoughts, memories, and opinions of Kenny Grayson and his involvement at the Capitol on January 6th.  I hope this letter will be of help to you in determining how his case will be settled and how his life will move forward.  May God's grace guide your decision- making process.

Sincerely yours,

Kathleen F. Cleaver

Dear Judge Chutkan,

I'm writing this letter to you in hopes to give you an insight on my dear friend, Kenneth Grayson.

I'm a 40-year-old mother of two, wife and business owner (Hall Foods Inc).  I met Ken years ago (8-9 yrs. I'm not entirely sure how many) through mutual friends.  Throughout these years, I've had the pleasure of getting to know him and his daughter Gabby more personally.  Ken first and foremost is one of the kindest and most loving people I've ever met.  He holds his family and friends near and dear to his heart, most especially his daughter Gabby.  Most of our conversations in the beginning were about our children- and I was quickly impressed at how hands on and involved he was in his daughter's life-despite Ken and Gabs mom were no longer together.  I can remember countless times he would take her on vacations- Jamaica, multiple beaches, weekend getaways.  He spent most of his time with her; car pooling, taking her to and from her jobs, dinners, rides to activities, running here and there.  He doted on her- always making sure she was well loved, taken care of, working hard in school, etc.  She's grown up to be a wonderful young woman and her dad is still 100% in her corner and involved in her daily life.  In today's society I feel this is rare -men just aren't what they used to be.  He would always speak of her so proudly, showing pictures of their latest excursions, and updating me on recent things they would do together as father and daughter.

Ken is also a devoted son and brother.  Continuously helping his parents in their older age, running errands, having family dinners, he helps where he can.  It a recent conversation I had asked how his parents were doing, and he replied they were doing well, getting older and he was going over to help with a task they couldn't finish alone.  He's always been a giver, putting family and others before himself.  I've never once heard him complain or gripe about money, life, struggles, etc.  He's a person that just works hard in life and looks on the bright side.  He loved his job in the oil & gas industry, working tirelessly, intending on moving up and onward through his company Rice Energy.  He had utmost respect for that job and worked hard in his position.

More recently, our mutual friend who introduced us, unfortunately took his own life; leaving behind a wife and six year old daughter.  Ken being the good heart he is, offered to help in anyway he could -even given the circumstances he is in -with anything the grieving wife and daughter might need.  Countless calls, check ins, thoughtful words are the things he was able to provide…and to a grieving heart and lost mother-that means the most.  I know this personally because the wife is one of my best friends.  I knew Ken with his gentle spirit and generous ways would offer to help in any way he could.  It's been a tough and trying time for everyone involved.

I wouldn't waste my time writing this letter to you if I didn't think this person was worth a damn.  Things are pretty black and white in my life- there is no grey area for me.  While I don't know the exact extent of his actions on Jan 6- I do know the person that was involved doesn't match up to the person I know so well.  Do I think he was caught up in the nonsense that went on Jan 6? Yes.  Do I think he maliciously went there intending to do harm or act recklessly? I do not.  I think the height of emotion and rowdiness of that day got caught up with him.  Is it an excuse?-absolutely not.  However, I do believe he has served

his time and punishment under house arrest, resulting in loss of time with family, friends, job, basic privileges.  I don't know what kind of sentence his actions hold; I just know that my friend is an upstanding citizen and human being.  I'd hate to see someone with so much integrity and life ahead of him continue to be held back in punishment any longer.  He is truly a person that I believe can do better, be better and resume life in a peaceful manner-moving forward and leaving this mistake in his past.  I trust him fully- I always have, which is a lot to ask of a person in todays crazy world… but I believe that his love for his family and friends will be all that he focuses on in his years to come.


Thank you for your time in reading this.

I'm reachable by cell if any questions arise.

412.537.0767


Sincerely,


Jessica Hall

Renee Czerwien

UPMC Hillman Cancer Center

5150 Centre Ave Suite 301

Pittsburgh, PA 15232

412-623-7904

The Honorable Tanya S. Chutkan

Chief United States District Judge

c/o Office of the Federal Public Defender

625 Indiana Ave NW, Suite 550

Washington, DC 20004

Dear Judge Chutkan,

Hello.  My name is Renee Czerwien.  I work in cancer research at Pittsburgh's UPMC Hillman Cancer Center.  I have known Mr. Grayson for 25 years.  We met while I was attending college.  At the time Mr. Grayson was running his own business and very well.  Over the years I have never know Mr. Grayson not to work extremely hard. He has always been a good provider for his family.

We have stayed in touch over the years, some years more so than others.  It is always enjoyable to catch up with one another. We share stories about our children and what has been going on in our lives.  Mr. Grayson holds his family close to his heart.  He is very proud of his daughter, Gabby.  I adore their relationship. I don't think a girl could ask for a better father.  I always enjoyed hearing about trips they took together or seeing their selfies from a lunch date.  They have a special bond.  Mr. Grayson has always been very close to his parents.  He would and will do anything for them.  His heart aches over what his choice has done regarding his parents.  He's sorry for the fact that they must carry so much worry now due to the situation.  He worries as well. Worries about who will care for them if he is away. They have always been the center of his life, for as long as I've known him.

Mr. Grayson has a passion for life and living it to the fullest.  From traveling with his daughter, attending concerts, watching sporting events with friends and I have witnessed how his restrictions have changed all of that for him. I have seen him go through ups and downs over the years, this is by far the worst.  He has stayed strong and focused during this waiting. But I can see it is definitely having an effect on him, and he has expressed feeling remorseful.

I realize the choice that Mr. Grayson made was not a great one. I am not surprised that he wanted to be near the capital that day.  Part of his passion for life is politics.  He has always had an immense amount of knowledge regarding politics.  I would dread listening to his talk shows in the car, but he enjoyed them so. I truly believe he had no intent of causing harm or damage to anyone or

anything.  I realize he has to face the consequences, but please keep in mind that Mr. Grayson is a hardworking, caring, trustworthy and decent person. I am a firm believer that we are all human and make mistakes in life. This event has not changed how I care about and for Mr. Grayson. I hope you can take into consideration his family that depends on him at this point in their lives, they truly need him.


Sincerely,

Renee Czerwien
Renee Czerwien

Dear Judge Chutkan,

Thank you for taking the time to read this letter.  My name is David W Dinger.  I am a seven-year Marine veteran and now serve in the ministry at the Bible Baptist Church in Brownsville, Pennsylvania.  One of the many attributes I was able to obtain from my time in the service was the ability to identify core values in a person.  With that in mind, I would like to take this time to explain why Ken Greyson has the same core values as the brothers I was blessed to serve this great nation with: Honor, Courage, and Commitment.

I first met Ken back in the spring of 2013 while I was a flowback back hand for ROC, a service company in the oilfield.  I was recently honorably discharged from the Marines and was offered my first job in the oilfield.  My first location I worked on; Ken was the company man for Rice Energy.  He oversaw, not only my crew, but the revolving day and night shifts for numerous other flowback sites in the Tri-State (Ohio, Pennsylvania, West Virginia) simultaneously.  As a flowback hand for a service company, we viewed Rice Energy company men as "the big leagues", the end goal.  We would all talk amongst our crew, "When we make it to the big leagues, we are going to do this and that."  It remained just that, talk.  I worked at ROC for three years. During that time, I quickly realized that Ken's job was bigger than I expected.  The crew leadership, responsibility, and constant pressure was something I wanted to escape when I left the service.  During flowback operations, the constant influx of high-pressure gas lines was life or death situations every day.  The normalcy of danger on site was real enough to take any means necessary to defeat complacency.  Ken's leadership was well renown through the numerous service companies working on Rice Energy sites.  When starting a new job, or finishing another's, we knew if Ken was our company man that we were in good hands and safe. During those few years I would spend almost every working day alongside him, eventually becoming very good friends.  He was proud to be a leader and was very good at it.  Ken displayed his Courage and Commitment everyday he dawned his hard hat.

Lastly, but I feel most importantly, Honor.  Earlier this year Ken and I were reconnected when I accepted a job as Truck Boss at Kenny's current company.  Being self employed for six years, I was honestly nervous going back to a new company as an employee.  My first day of orientation I seen Ken in his office and was immediately filled with relief.  Knowing his previous positions and titles held along with his reputation in the oilfield, it was safe to assume I was in good hands at this new company.  During our first hours of catching up, he filled me in on his current situation.  In the Marines we have a saying, "Good initiative, bad judgment."  Ken displayed good initiative for being proactive in defending our country's core values, but unfortunate also made a poor judgment call.  He loves God, his family and friends, and his country.  He went to the capitol that day not to destroy, but to defend our core values as Americans.  His passionate motives were not hateful nor violent, but out of love and pride.  Ken displayed Honor that day.  I truly believe he has learned from his mistakes and has used his time since that day continuing to grow morally and as a positive influence among his peers and community members.  Again, thank you for taking the time to read my letter.

In God we live and trust,

*David Dinger*
_____

Dear Honorable Judge Chutkan,

I am writing this letter to you today in support of one of my close colleagues and friends, Ken Grayson. I have known Mr. Grayson for approximately 8 years, ever since meeting him while working at Rice Energy. Our work relationship quickly blossomed into a friendship when Mr. Grayson not only took me under his wing to mentor me around field operations, but also helped me build friendships and a home in Pittsburgh, PA.

As a frame of reference so you can understand who I am: my name is Ryan Rice, and I am a 31yr old engineer currently living in Dallas, TX. I am Founder and CEO of a software startup, ResNet AI Inc. I also concurrently serve as General Partner at Rice Investment Group (RIG), a private equity fund, where I provide engineering and technical support to our 15+ different portfolio companies. Prior to ResNet and RIG, I served as a Petroleum Engineer at Rice Energy. Prior to Rice Energy, I worked as a Drilling and Completions Engineer at Chevron, while concurrently pursuing my BS in Petroleum Engineering at Texas A&M University.

There are literally dozens of stories I could tell you that I think speak to Mr. Grayson's warm, thoughtful and loyal character, but two stick out in particular.

The first story is when I first started as an engineer at Rice Energy. It was the winter of 2015 going into the 2016 New Year, and the Oil & Gas industry as a whole was recovering from its latest bust cycle. Employee morale was low in the face of looming layoffs and impending budget cuts - but I could not help but notice a sparkle of resiliency amongst our Production Operations team: there was a certain fire, pride, and level of energy unmatched across the entire company. Talking with the team, it quickly became apparent the sources of this inspiration for the team - a few senior foreman, which in my opinion were led by Mr. Grayson, took on a very deep level of ownership in their work, and would constantly (every day) go out of their way to help others. After a grueling 12+ hour day of manual labor, Mr. Grayson routinely would come to my office at night and walk me through which employees he felt were upset, unhappy, struggling, or could use an extra pat on the back. Mr. Grayson took it upon himself (single handedly) to re-write custom and personalized standard operating procedures for new and tenured hires alike, which eventually became standardized corporate operating procedures as a whole. While on paper, this might not seem like much - its effects on the team were profound. Mr. Grayson could have been like most other individuals during those dark times, doing only what needed to be done to collect a paycheck, while anxiously hoping and praying for a light at the end of the tunnel. Instead, Mr. Grayson rose, leading by example, and was a key driving force in ushering a significantly improved culture to the point we observed one of the lowest attrition rates in the industry compared to our peers during this time. Mr. Grayson taught me personally key and vital leadership skills, which I cherish to this day in my current business roles.

The second story came later in 2019 and is purely personal. I have two massive Great Danes - nearly 300lbs of big, baby ponies/dog. I was in Utah traveling with my younger brother when I received a disturbing phone call from the boarding company where I had left my two best friends, Sadie and Bruschi. As you might imagine, sometimes other dogs are not friendly to what they think are two horses disguised as dogs, and there was an alteration at the kennel. They communicated to me that everyone was fine, but Sadie may require vet attention, and I may want

to consider coming back to pick up Sadie and Bruschi, as it might help soothe the tension in the kennel. After calling three of my other siblings and two prior roommates, I began to panic, because I started to worry my dogs were not safe, and there was no one able to help me in my time of need. Then, Mr. Grayson called. This was fairly normal, as we routinely would talk on the phone and catch up on work and life. While venting to Mr. Grayson my anxieties and concerns for my two best friends, he interrupted me and told me he was on his way to the kennel to pick up my dogs. I explained to Mr. Grayson that this was not necessary - he had work and his own life to live and did not need to be driving an hour in a snow blizzard to check on them for me when it was my problem alone as a pet owner. Mr. Grayson insisted that this was perfectly fine, and this is what friends were for. Mr. Grayson proceeded to not only secure my two friends, get Sadie the medical attention she needed, but then stayed with them at my house for an entire week, taking care of them and the house. What my own family and other friends would not do, Mr. Grayson happily and confidently offered on his accord. Sadie and Bruschi to this day gallop in excitement (like the small ponies they are) every time they see Mr. Grayson, and I cannot help but wonder what would have happened if he was not there.

I understand that Mr. Grayson may have made some mistakes, but I have to ask you for compassion, empathy, and understanding in your judgment. I personally know that Mr. Grayson deeply regrets some of these mistakes he stands on trial for, and can confidently attest to his rehabilitation during these last ~22 months. The sooner Mr. Grayson can close this nightmarish chapter of his life, the sooner he will be able to rejoin our team at ResNet as Customer Success Specialist, and resume positively contributing towards society doing something he is passionate about. Just as I wonder what would have happened in my life if it weren't for Mr. Grayson, I wonder what the future looks like without him now. I ask you to please show mercy to my colleague and friend, and hope you can start to see Mr. Grayson through the lens that I do. Thank you for taking the time to read my letter.

Best,
Ryan Rice

**The Honorable Tanya S. Chutkan**
Chief United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004

Dear Judge Chutkan,

My name is Matt Fox and I would like to provide a brief character reference statement for Mr. Ken Grayson. I am a mechanical engineer in the natural gas industry in the Pittsburgh, PA region and have worked in the energy field since graduating from college in 2014. I enjoy hunting, golfing, Major League Baseball, playing with my five-month-old son, and volunteering as a fourth-generation firefighter in my spare time.

I have known Mr. Grayson since roughly 2015 when we were work acquaintances and have been very close friends since that time. I remember Ken's passion for everything he does is what really stood out to me as I got to know him early on. Everything – from planning his family's outings to his many projects at work to his passion for all things Pittsburgh sports – is always done at "one-hundred percent" level.

I worked closely in the same department as Mr. Grayson from approx. 2015 through 2017 with Rice Energy. Ken was able to balance multiple high-dollar "Flowback" and well workover projects simultaneously while always demonstrating a special respect and admiration for the contractors that worked under his supervision on those specific projects. The contractor's worksite safety and overall adherence to company standard operating procedures (SOPs) were always paramount to Mr. Grayson and all were held to a very high standard of work. Ken quickly became a very valuable and trusted member of the Production dept. at Rice Energy up until the company was sold to the EQT Corporation (my current employer).

One final thing I would like to note about Mr. Grayson is his undeniable love and admiration for all things pertaining to *family*. Each time I see Ken to catch-up, one of the first things he always loves to talk about is the love and achievements of his daughter, Gabby. It has become pretty funny because I can predict it like clockwork within the first few minutes of talking to him each time. He speaks about her glowingly and how well she has done in college and how he is excited for her to continue on to graduate school in Colorado. It doesn't take long to realize that this is his most cherished thing in life. Similarly, my wife and I just had our first child back in June 2022 and he is constantly asking for baby updates and to send him the most recent pictures of my son. He has taken on a pseudo-uncle role to my son since then and it is really neat to see him take such an interest.

I hope this note provides additional context and perspective to Mr. Grayson's character and overall attitude toward his family, friends, and work life.

Thank you very much for your time and consideration. God Bless.

Respectfully,

**Matthew G. Fox**
Supervisor, Midstream Engineering
EQT Corporation
2071 Garards Fort Rd.
Waynesburg, PA 15370

724-833-4079 (cell)
724-802-5440 (work)
FOXMG21@gmail.com



NORTH HILLS BOROUGHS & TOWNSHIPS
POLICE ASSOCIATION

P.O. BOX 43954
Pittsburgh, PA 15202

November 13, 2022

The Honorable Tanya S. Chutkan
Chief United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave NW, Suite 550
Washington, DC 20004

Dear Judge Chutkan,

My name is James M. Hasara.  I am a retired police officer for the Allegheny County Police Department and other police departments, including Homeland Security, for almost forty years.  I've known Ken Grayson Jr. and his parents for many years, as I went to grade school with his father.  In 1974, I worked in the same police department with his father at the University of Pittsburgh Police Department.  Over the years, I became closer with the Grayson family and enjoyed watching their children grow up.

While policing for the Ohio Township Police Department, I would often take my dinner breaks at the Grayson's residence and on many occasions, my family and I would visit the Graysons, becoming increasingly closer over the years. Eventually, we all became like one big family.  It was our pleasure to watch Kenny Jr. grow from a child into good man.  He is a respectful man, with a wonderful demeanor. I like him very much.

Since the arrest, he has been forced out of his home and has had his well-paying job put on hold. He has been forced into a lower paying job with less benefits just to make ends meet.  His life has been put on hold for 22 months, awaiting the outcome of this case.

Before the pandemic, Kenny had a great job that he took a large amount of pride in doing. It made him financially secure, and he used that security to help care for his aging parents, whether it was helping to pay their utility bills or simply taking us all to dinner. He is often needed at their house to help with repairs, grocery shopping, or a ride to the doctor. They depend on him, and it has been exceedingly difficult on the family to navigate life without his help.  He has had to miss multiple important family occasions, such as weddings, funerals, birthdays, and anniversaries. He has especially missed many

fatherly obligations. He loves his daughter dearly and is heart broken over having missed so many of her college milestones.  She will be graduating Summa Cum Laude in Spring of 2023.

In closing, I would like to reiterate that I hold a very high opinion of Kenny and I know that he is remorseful for his actions on January 6th, 2021. He has told me personally that he wishes that he had never even gone to Washington, D.C. that day and I believe him.  His mistake has cost him dearly already and I respectfully ask that you grant him time served.


Respectfully yours,



James M. Hasara
JMH/dmg

The Honorable Tanya S. Chutkan
Chief United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, D.C. 20004


Dear Judge Chutkan-


My name is Virginia Martindale, and I am a former colleague of Mr. Kenneth Grayson.  I have known Ken
since 2015.  While we have not worked together since 2017, I have continued a friendship with him
during this time.


Ken's best attributes is his commitment to his family. He is a dedicated to father to Gabrielle Grayson,
and he his extremely proud of her achievements.  He provides care and support for his elderly parents,
and his family is financially and emotionally dependent upon him.


Ken has lost his job, his girlfriend, and his primary residence. For the past two years, Ken has lived under
restrictions while continuing to try and advance personally and professionally.  Ken's involvement on
January 6th has already been so detrimental to his life and I hope he can recover as quickly as possible.


Sincerely,

Virginia Martindale

November 18, 2022

**The Honorable Tanya S. Chutkan**
Chief United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004

RE: Grayson, Kenneth

Dear Judge Chutkan:

My name is James J. Perciavalle.  I currently represent Veterans for disability claims before the Department of Veterans Affairs as well as the Court of Appeals for Veteran's Claims (CAVC) as a non-attorney practitioner.

I have known Kenneth Grayson (Junior) essentially my entire life.  Junior and I went to school together from elementary school through high school.  We played sports together as kids.  Kenny enjoyed playing sports and was an excellent football player (very competitive).

Kenny has always been thoughtful in helping others whenever needed.  He helped me when I was medically discharged from the Marine Corps and provided me with some extra work with his cleaning company when I needed it.  He has always been respectful of authority.  His father Ken Grayson Sr. is a retired police officer.  Kenny never even touched alcohol prior to his 21st Birthday.

Kenny has always been close to his mother, father, sister, and his daughter.  Kenny helps his parents on a regular basis as his sister (Dawn) lives out of state.  Kenny has always been proud of his daughter and would do anything for any of his family members.  He has always provided and worked hard to provide for his daughter.  Kenny has been a business owner and supervised employees in the energy business.

I believe Kenny got caught up in the moment on January 6, 2021, as there is absolutely no way Kenny would harm an officer of the law and a public figure regardless of his political opinion.  In other words, no matter what Kenny may or may have not said related to politics he would never harm the police or a political figure.  I do not believe Kenny would disrespect his father by assaulting a police officer.  So, again I do not believe he had any intentions of hurting anyone on January 6th.

I do not live in the Pittsburgh area anymore so I have not observed Kenny on a day-to-day basis but I do know when I came home for my father's funeral Kenny asked permission so he could come and pay his respects.  Kenny has made comments that being monitored with an ankle bracelet has altered his life and has missed out not only on special occasions but the normal day-to-day freedoms to do as he

wishes.   That alone has clearly been a punishment and eye-opening experience.  I truly believe Kenny, in hindsight, understands the gravity of what occurred.  I have no doubt regardless of the outcome Kenny will be a productive member of society.  Kenny just wants to move on and hopefully get back what he has lost due to his nonviolent involvement in the January 6th incident.

Please feel free to reach out with any questions or concerns with regard to my statement or Kenny's statements made to me about house arrest or his remorse for his involvement.

Sincerely,

James J. Perciavalle

Hello The Honorable Tanya S. Chutkan,


I like to first thank you for your time reading this letter about Ken Grayson.  my name is Kelley Pucci and I am a 32-year-old mother of one daughter.  my relationship with ken grayson has been a friendship over the past 12 years. I know ken well due to him being one of late husband's best friends. Ken has seen me grow up in ways that a lot of people couldn't. It has always been a very supportive human being through everything that my family has gone through. Not only from when I was younger but up until this day we gratefully appreciate everything that he has done for us. One of his best qualities is being a great father to his loving daughter Gabby.  he has done a fantastic job raising his daughter! That is one attribute about ken , that I can greatly admire. on the same topic, I would have to say that ken is one of the most hard-working people I've ever met also.  always trying to do better and making it happen. We all know that ken greatly regrets what he has done, and when you talk to him is with sorrow in his voice that if he could change it, he would.  if there's one thing I've learned in life that's far is that everyone makes mistakes, but it's the way that you act after you make that mistake that really impacts not only your own life but others.  That being said, I can truly say within my heart that I know that ken will do better because I've already seen the change in him.   again I wanna thank you for your time.

Kelley Pucci

Dear Judge, Chutkan,

My name is Frank Wise. I am an oil and gas professional and father of two from the Washington, PA area. I have known Ken Grayson for nearly a decade, both personally and professionally. I have known Ken since 2013, when we met through our mutual employment at Rockwater Energy Solutions. Ken had begun his career in the oil and gas industry well before me and was quick to take me under his wing and help me get started in my new career. As Ken helped me learn how to perform my job duties as a new hire, we formed a personal relationship. I learned that Ken was a dedicated single father to his daughter Gabby, and a loving son who lived with his parents to assist them in in their day to day lives. Ken took great pride in his daughter Gabby and her accomplishments, as well as in the care that he provided for his parents. At only 20 years old at the time that we met, I was one of the youngest people employed by the company. Not long after meeting Ken, my girlfriend, now my wife, found out that she was pregnant with our first child. Ken always made himself available to counsel me on the best decisions I could make for my new family. I did not have much money at the time, and Ken regularly looked out for me and made sure that I had food to eat and was taken care of while we were working out of town. Ken had impeccable work ethic and quickly moved up through the ranks at the field level, ultimately landing a job as an employee at a large oil and gas operator in the northeast. A career move such as this typically takes 10+ years of industry experience. Ken, however, was able to stand out as a high performer and a leader, allowing him to accomplish a great deal very quickly in his career. In the entire time that I have known Ken, I have not known him to be a violent man. I worked side by side with Ken for years and lived with him in hotels as we worked out of town, and I have never witnessed Ken lose control of his temper. Despite what may have been said out of frustration regarding the 2020 election results, I do not believe that Ken entered the Capitol with the intent to cause harm to anyone, nor do I believe that Ken would cause harm to another person for any reason. In my time knowing Ken, he has shown me that he is many things. A proud father to Gabby, a dutiful son who takes excellent care of his aging parents, a hard worker, a leader, and a good friend who can always be called on for counsel. Just like all of us, Ken has made mistakes in his life. Those who know him well know the regret that burdens him, as well as his desire to do better as he moves forward with his life. There is no doubt in my mind that Ken wants and intends to lead a lawful, peaceful life as he moves on to his next chapter.

Sincerely,

X _____

Frank W Wise III

November 10, 2022

2887 Wynford Drive SW
Marietta, GA  30064

The Honorable Tanya S. Chutkan
Chief United States District Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC  20004

Dear Judge Chutkan:

Greetings.  My name is John Gray.  I am a VP, Banker in Atlanta having spent 30 years in investment management and financial planning.     I also was a registered Democrat for over 20 years and a Delegate in Florida; having counted chads in Broward County in 2000 election.  I grew up as an alter boy, been a volunteer for Make-A-Wish, dressed as Santa for the past 4 Christmas holidays to raise and provide gifts to children of incarcerated mothers, and currently a volunteer mentor at the Marietta High School.

I was a classmate of Ken Grayson at Quaker Valley junior & high school in the suburbs of Pittsburgh. Initially we were not friends but due to mutually interest in sports and love of USA we became friends in high school and stayed in contact through adulthood for over 30 years.

Ken was respected so much by his classmates is that he was voted to be a class officer his senior year in a class of 150.   He was also a leader on the Quakers football team.   After finishing his education Ken also started  & lead businesses.  Ken is a devoted father to his daughter, loyal son and caretaker to his elderly parents, and has been a coach to youth football and softball teams.

Due to his house arrest Ken missed his recent 35th high school reunion on November 5th so his beloved classmates missed out on seeing their class leader and friend. Unfortunately, due to Covid I have not seen Ken since the last reunion 5 years ago.

I do trust Ken to continue to live a law abiding life and credit to his community, family and country. I pray for you to make a just and righteous decision.

If you have any questions please do not hesitate to contact me.

Best of My Wishes,


John Gray
Marietta, Georgia

GrayJonV@aol.com
207-602-9132

MARTIN G. GREGORIO, MD & ASSOC, PC
1500 VILLAGE RUN ROAD, SUITE 308
WEXFORD, PA 15090-6316
724-934-1900

November 27, 2022

To whom it may concern,

    Kenneth D Grayson Jr. ( DOB 03-05-1969) is an active patient in our practice.  Mr. Grayson has
multiple significant ongoing medical conditions that require strict adhearance to current treatments in
effort to maintain his current state of health. He sufferes from severe obstructive sleep apnea that
requires nightly use with an electric CPAP device .  Withholding  his CPAP will incur significant stress on
his heart, lungs and brain.  Mr. Grayson also has a history of coronary artery disease.  It is imperative that
he contiues all of his current cardiac medications and  nightly CPAP. Lastly, Mr. Grayson has bilateral end
stage shoulder arthritis and is in need of total shoulder replacements. He follows regularly with an
orthopedic specialist.
    To summarize, it is imperative that Mr. Grayson be housed in a unit capable of continuing nightly
CPAP  and  administering daily medications .  Physical restrictions may apply to any activity that may
exacerbate his chronic shoulder condition.

Sincerely,

Electronically signed by Elisabeth Casario, DO on 11/28/2022 at 11:22 am