**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | **Case No. 21-224 (TSC)** |
| | ) | |
| **KENNETH GRAYSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF FILING OF VIDEO**
**PURSUANT TO LOCAL CRIMINAL RULE 49**

Kenneth Grayson, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following videos being provided to the Court and the government on December 13, 2022 via Box.com, relating to the sentencing hearing scheduled for December 19, 2022.  As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

- Exhibit 3 is a video documenting the incident in the Rotunda taken from a Capitol surveillance camera.

- Exhibit 4 is a video documenting the same incident taken by a member of the press present at the scene.

- Exhibit 5 is a video documenting the same incident taken by another defendant charged related to their involvement in the events of January 6.

- Exhibit 6 is a video documenting the end of the same incident drawn from the Internet Archive website.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____

Ned Smock
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Ned_Smock@fd.org